

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00183-CV

| | | |
|---|---|---|
| JOHN BRADLEY ASHBURN AND POST OAK APPALACHIA, LLC, Appellants | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-315749-20) |
| V. | | |
| | § | April 1, 2021 |
| ROBERT J. MYERS, JOHN J. SHAW, AND MYERS SHAW, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the trial court's judgment as to the amount of attorney's fees and remand this case to the trial court for a hearing on the issue of fee segregation and to determine what fee Appellees should receive. We affirm the remainder of the trial court's judgment.

It is further ordered that Appellants John Bradley Ashburn and Post Oak Appalachia, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel